RALPH ROBINSON (SBN 51436)
CHRISTINE STARKIE (SBN 226354)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
TOMRA PACIFIC, INC. AND
TOMRA OF NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOMRA PACIFIC, INC., TOMRA OF NORTH AMERICA, INC.,<br><br>Defendants. | Case No. 2:06-cv-00494-DFL-DAD<br><br>STIPULATION TO FURTHER EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT AND ORDER<br><br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Complaint Filed: March 3, 2006 |

Pursuant to Civil Local Rule 6-144 of the United States District Court, Eastern District of California, Plaintiff California Sportfishing Protection Alliance and Defendants Tomra Pacific, Inc. and Tomra of North America, Inc., through their respective attorneys, hereby stipulate to request that the Court grant Defendants a further extension of thirty days to file an answer or otherwise respond to Plaintiff's complaint.  A prior stipulation was entered into by the parties and submitted to the Court on May 26, 2006, extending the time for Defendants to respond to the complaint until June 27, 2006.

Good cause exists for this extension because the parties have engaged in substantive settlement discussions and believe an agreement is imminent.  The parties' resources would

1  be best directed to concluding these negotiations and settling the matter without the need for
2  further pleadings.  Pursuant to this stipulation, Defendants' response will be due on or
3  before July 27, 2006.  This extension will not alter any other deadline or date already fixed
4  
5  by the Court.
6  Respectfully Submitted,

7  Dated:   June 27, 2006                WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP
8  
9                                         By:      /s/ Ralph Robinson_____
10                                                  Ralph Robinson
                                                    **Attorney for Defendants**
11                                                  TOMRA PACIFIC, INC., TOMRA NORTH AMERICA, INC.
12                                                  [Authorized by attorney on 6/27/2006]

13 Dated:   June 27, 2006                LAW OFFICES OF ANDREW L. PACKARD
14
15                                         By:      /s/ Michael Lynes_____
                                                    Michael P. Lynes
16                                                  **Attorney for Plaintiff**
17                                                  CALIFORNIA SPORTFISHING PROTECTION ALLIANCE
                                                    [Authorized by attorney on 6/27/2006]
18
19
20
21
22
23
24
25
26
27
28

2
STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND PROPOSED ORDER

224310.1

## ORDER

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants Tomra Pacific, Inc. and Tomra of North America, Inc. shall have a further extension of thirty days to file an answer or otherwise respond to Plaintiff's complaint. Defendants' response shall be due on or before July 27, 2006.

**Dated: 6/29/ 2006**

_____
DAVID F. LEVI
Chief United States District Judge*

## PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO FURTHER EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT AND [PROPOSED] ORDER**

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND PROPOSED ORDER

224310.1

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

| **Counsel for Plaintiff, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE** | **Counsel for Plaintiff, CALIFORNIA SPORTFISHING PROTECTION ALLIANCE** |
|---|---|
| Michael P. Lynes, Esq.<br>Law Ofc Andrew Packard<br>319 Pleasant St<br>Petaluma, CA 94952<br>Telephone:   (510) 601-1096<br>Facsimile:   (707) 763-9227<br>E-mail: mrlozeau@lozeaulaw.com | ANDREW L. PACKARD (Cal. Bar No. 168690)<br>MICHAEL P. LYNES (Cal. Bar No. 230462)<br>Law Offices of Andrew L. Packard<br>319 Pleasant Street<br>Petaluma, CA 94952<br>Tel: (707) 763-7227<br>Fax: (707) 763-9227<br>E-mail: andrew@packardlawoffices.com |

¨   Said document(s) was placed for deposit in the **United States Postal Service** in sealed envelopes, with postage fully prepaid for collection and mailing on that date following ordinary business practice.

¨   A copy of said document(s) was processed for delivery by **Federal Express** in a sealed Federal Express mailer, with previously made payment arrangements, duly addressed, and sent via overnight mail.

¨   A copy of said document(s) was successfully transmitted by **facsimile**. (Only where permitted.  Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e).  Not currently authorized in N.D.C.A.)

¨   Said document(s) was **personally served** by hand this date to the offices of the addressee(s) noted above.

ý   Said document(s) was **e-filed** with the court on this date and automatically emailed to the counsel at the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

EXECUTED  **June 27, 2006** in San Francisco, California.

_____
Sandy E'Bell

4

STIPULATION TO EXTEND TIME TO FILE RESPONSE TO COMPLAINT AND PROPOSED ORDER

224310.1