RALPH ROBINSON (SBN 51436)
MATTHEW RANDLE (SBN 238345)
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, California 94105
Telephone:  (415) 433-0990
Facsimile:   (415) 434-1370

Attorneys for Defendant
TOMRA PACIFIC, INC. AND
TOMRA OF NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TOMRA PACIFIC, INC., TOMRA OF NORTH AMERICA, INC.,<br><br>　　　　Defendants. | Case No. 2:06-cv-00494-DFL-DAD<br><br>STIPULATION TO FURTHER EXTEND TIME TO FILE A RESPONSE TO THE COMPLAINT AND ORDER<br><br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 to 1387)<br><br>Complaint Filed: March 3, 2006 |

Pursuant to Civil Local Rule 6-144 of the United States District Court, Eastern District of California, Plaintiff California Sportfishing Protection Alliance and Defendants Tomra Pacific, Inc. and Tomra of North America, Inc., through their respective attorneys, hereby stipulate to request that the Court grant Defendants a further extension of thirty days to file an answer or otherwise respond to Plaintiff's complaint, so the parties may finalize a settlement that has been reached in principle and efficiently resolve this case.  Defendants' response shall be due on or before August 26, 2006.  This stipulated extension will not alter any other deadline or date already fixed by the Court.

A prior stipulation was entered into by the parties and submitted to the Court on May 26, 2006, extending the time for defendants to respond to the complaint until June 27, 2006. A further stipulation was entered into by the parties and submitted to the Court on June 27, 2006, extending the time for Defendants to respond to the complaint until July 27, 2006. The parties stipulate to this further extension of time for defendants to respond to the complaint until August 26, 2006 in the interest of finalizing settlement negotiations.

Respectfully Submitted,

Dated:  July 31, 2006          LAW OFFICES OF ANDREW L. PACKARD


                               By:    /s/ Michael Lynes_____

                                      Michael P. Lynes
                                      Attorney for Plaintiff
                                      CALIFORNIA SPORTFISHING
                                      PROTECTION ALLIANCE
                                      [Authorized by attorney on 7/31/2006]


Dated:  July 31, 2006          WILSON ELSER MOSKOWITZ EDELMAN &
                               DICKER LLP


                               By:    /s/ Matthew Randle_____

                                      Ralph Robinson
                                      Matthew Randle
                                      Attorneys for Defendants
                                      TOMRA PACIFIC, INC., TOMRA NORTH
                                      AMERICA, INC.
                                      [Authorized by attorney on 7/31/2006]

## **ORDER**

FOR GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Defendants Tomra Pacific, Inc. and Tomra of North America, Inc. shall have a further extension of thirty days to file an answer or otherwise respond to Plaintiff's complaint. Defendants' response shall be due on or before August 26, 2006.

**Dated**: 8/2/2006

_____
DAVID F. LEVI
United States District Judge