IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,

    Plaintiff,

    v.

TOMRA PACIFIC, INC.,

    Defendants.
_____/

CIV. NO. 06-494 DFL DAD

<u>ORDER RE DISPOSITION AFTER NOTIFICATION OF SETTLEMENT</u>

    The court has been advised by plaintiff's counsel, Michael P. Lynes, Esq. that this action has been settled. Therefore, it is not necessary that the action remain upon the court's active calendar.

    Accordingly, IT IS ORDERED:

    1.  That counsel file settlement/dismissal documents, in accordance with the provisions of Local Rule 16-160, no later than November 20, 2006, and,

//

1

   2.  That all hearing dates previously set in this matter are vacated.

   IT IS SO ORDERED.

Dated:  September 28, 2006

                          /s/ David F. Levi
                          DAVID F. LEVI
                          United States District Judge