1  ANDREW L. PACKARD (Cal. Bar No. 168690)
   MICHAEL P. LYNES (Cal. Bar No. 230462)
2  Law Offices of Andrew L. Packard
   319 Pleasant Street
3  Petaluma, CA  94952
   Tel:  (707) 763-7227
4  Fax:  (707) 763-9229
   E-mail: andrew@packardlawoffices.com
5  Attorneys for Plaintiff CALIFORNIA

6  MICHAEL R. LOZEAU (Cal. Bar No. 142893)
   Law Office of Michael R. Lozeau
7  1516 Oak Street, Suite 216
   Alameda, CA 94501
8  Tel: (510) 749-9102
   Fax: (510) 749-9103
9  E-mail: mrlozeau@lozeaulaw.com

10
   SPORTFISHING PROTECTION ALLIANCE
11

12              UNITED STATES DISTRICT COURT

13            EASTERN DISTRICT OF CALIFORNIA

14

15
   CALIFORNIA SPORTFISHING
16 PROTECTION ALLIANCE, a non profit      Case No. 2:06-cv-00494-DFL-DAD
   corporation,
17                                        **STIPULATION TO DISMISS**
            Plaintiff,                    **PLAINTIFFS' CLAIMS WITH**
18      vs.                               **PREJUDICE;  ORDER GRANTING**
                                          **DISMISSAL WITH PREJUDICE [FRCP**
19 AUBURN PLACER DISPOSAL SERVICE,        **41(a)(2)]**
   INC., a corporation,
20
            Defendant.
21

22
        WHEREAS, on December 23, 2005, Plaintiff California Sportfishing Protection Alliance
23
   ("CSPA") provided Defendant Tomra Pacific, Inc. ("Tomra") with a Notice of Violations and
24
   Intent to File Suit ("Notice") under Clean Water Act §505, 33 U.S.C. §1365.
25
        WHEREAS, on March 9, 2006 CSPA filed its Complaint against Tomra in this Court,
26
   *California Sportfishing Protection Alliance v. Tomra Pacific, Inc. and Tomra of North America,*
27
   *Inc.,* Case No. 2:06-cv-00494-DFL-DAD.  Said Complaint incorporates by reference all of the
28

1    allegations contained in CSPA's Notice.

2          WHEREAS, CSPA and Tomra, through their authorized representatives and without

3    either adjudication of CSPA's claims or admission by Tomra of any alleged violation or other

4    wrongdoing, have chosen to resolve in full by way of settlement the allegations of CSPA as set

5    forth in the Notice and Complaint, thereby avoiding the costs and uncertainties of further

6    litigation.  A copy of the [Proposed] Consent Agreement entered into by and between CSPA and

7    Tomra is attached hereto as Exhibit A and incorporated by reference.

8          WHEREAS, the parties submitted the Settlement Agreement via certified mail, return

9    receipt requested, to the U.S. EPA and the U.S. Department of Justice and the 45-day review

10   period set forth at 40 C.F.R. § 135.5 has completed.

11         NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the

12   parties that CSPA's claims, as set forth in the Notice and Complaint, be dismissed with prejudice

13   pursuant to Federal Rule of Civil Procedure 41(a)(2).  The parties respectfully request an order

14   from this Court dismissing such claims with prejudice.  In accordance with paragraph 14 of the

15   Consent Agreement, the parties also request that this Court retain and have jurisdiction over the

16   Parties with respect to disputes arising under the agreement.

17
18   Dated:  November 20, 2006              LAW OFFICES OF ANDREW L. PACKARD

19

20                                         By: /s/ Michael P. Lynes
                                           Michael Lynes
21                                         Attorney for Plaintiff

22   Dated:  November 20, 2006              WILSON ELSER MOSKOWITZ LLP

23

24
                                           By: /s/ Ralph Robinson
25                                         Ralph Robinson
                                           Attorney for Defendant
26
                                           [Electronically signed with written consent of
27                                         counsel 11-20-2006]

28

1

**ORDER**

2

Good cause appearing, and the parties having stipulated and agreed,

3

4

IT IS HEREBY ORDERED that Plaintiff California Sportfishing Protection Alliance's

5

claims against Defendant Tomra Pacific, Inc., as set forth in the Notice and Complaint filed in

6

Case No. 2:06-cv-00494-DFL-DAD, are hereby dismissed with prejudice.

7

IT IS FURTHER ORDERED that the Court shall retain and have jurisdiction over the

8

Parties with respect to disputes arising under the agreement attached to the parties' Stipulation to

9

Dismiss as Exhibit D.

IT IS SO ORDERED

10

11

EASTERN DISTRICT COURT OF CALIFORNIA

12

13

Dated:  11/21/2006

14

DAVID F. LEVI
United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28